**Fayad Yahya AHMED, Petitioner**

v.

**Robert M. GATES, U.S. Secretary of Defense, Respondent.**

No. 07–1442.

United States Court of Appeals, District of Columbia Circuit.

July 13, 2009.

Shayana Devendra Kadidal, New York, NY, David Stanley Marshall, Law Office of David S. Marshall, Seattle, WA, for Petitioner.

Jennifer Ann Paisner, U.S. Department of Justice (DOJ) Office of the Attorney General, Sameer Pandurang Yerawadekar, Deputy Associate General Counsel, Robert Mark Loeb, Michael Jay Singer, Attorney, U.S. Department of Justice, Washington, DC, for Respondent.

BEFORE: SENTELLE, Chief Judge, and GINSBURG, HENDERSON, ROGERS, TATEL, GARLAND, BROWN, GRIFFITH, and KAVANAUGH, Circuit Judges.

***ORDER***

PER CURIAM.

Upon consideration of the petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.